# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CRIMINAL DOCKET NO.: 5:95CR24

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| V. ) | |
| ) | **ORDER** |
| CURTIS LEE O'NEAL, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court upon the Motion of non-party Colvin C. Hinton, III for disclosure of the presentence report in the above-captioned case. Mr. Hinton seeks to have the presentence report disclosed to Judge Anne Workman of the Superior Court of DeKalb County, Georgia, for *in camera* review in the matter of *State of Georgia v. Colvin C. Hinton, III*, Indictment No. 04-CR-3694.

Upon review of the docket in the above-referenced matter, the Court notes that on January 29, 1996, all charges against Defendant O'Neal were dismissed without prejudice. Consequently, no presentence report was prepared in this matter.

**IT IS THEREFORE ORDERED** that Mr. Hinton's Motion for Disclosure of Presentence Report is hereby **DENIED AS MOOT.**

**THE CLERK IS DIRECTED** to certify copies of this Order to:

The Honorable Anne Workman
Superior Court of DeKalb County
DeKalb County Courthouse
Decatur, Georgia 30030

Andrew M. Greene, Esq.
The Bernstein Firm P.C.
621 North Avenue, NE
Building E
Atlanta, Georgia 30308

Gwen Keyes Fleming, District Attorney
DeKalb County District Attorney's Office
556 North McDonough Street, 7th Floor
Decatur, Georgia 30030

**Signed: July 13, 2005**

*[Signature]*

Richard L. Voorhees
United States District Judge